# STATE

v.

## Carol Rohelia AMORIN et al.

No. 80-71-C.A.

Supreme Court of Rhode Island.

March 13, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Spec. Asst. Atty. Gen., for plaintiff.

John F. Cicilline, Charles J. Rogers, Jr., Providence, for defendants.

### ORDER

The defendants' objection to the certification is denied. The state's motion for prior-

ity assignment is granted and this case is assigned to the May, 1980 calendar for oral argument.